UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| vs. | § | NO:   WA:25-CR-00065(12)-ADA |
| | § | |
| (12) TRAVIS WAYNE MURPHY JR. | § | |

**ORDER**

  On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed December 2, 2025, wherein the defendant (12) TRAVIS WAYNE MURPHY JR. waived appearance before this Court and appeared before United States Magistrate Judge Dan N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (12) TRAVIS WAYNE MURPHY JR. to the Report and Recommendation, the Court enters the following order:

  **IT IS THEREFORE ORDERED** that the defendant (12) TRAVIS WAYNE MURPHY JR.'s plea of guilty to Count One (1) is accepted.

  Signed this 17th day of December, 2025.

                  _____
                   ALAN D ALBRIGHT
                   UNITED STATES DISTRICT JUDGE